**Order entered November 12, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00948-CV

**JULIA BELLE DIXON, Appellant**

**V.**

**CITY CREDIT UNION, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03383-D**

## ORDER

We **DENY** appellee's motion to dismiss.

The reporter's record is past due and the court reporter has informed the Court that she had not received a request to prepare the reporter's record. In a letter dated October 13, 2015, the Court instructed appellant to file, within ten days, notice that she has requested preparation of the reporter's record and written verification that she has paid the reporter's fee, made arrangements to pay the reporter's fee, or has been found to be entitled to proceed without payment of costs. We cautioned appellant that if the Court did not receive the required documentation within the time specified, we may order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

As of today's date, appellant has not filed a response. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant's brief is due **WITHIN THIRTY DAYS** of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE